USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                         :

UNITED STATES OF AMERICA,

          -against-

CLARENCE JEFFERIES,

                    Defendant.

-------------------------------------------------------------- X

**NOTICE OF HEARING**

03 Cr. 1436 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

          Defendant Clarence Jefferies has requested a hearing to decide the validity of his

claim of exemption from enforcement of post-judgment garnishment. The parties are hereby

notified that they are required to appear for a hearing on March 4, 2020, at 11:00 a.m. at the

United States Courthouse, 500 Pearl Street, New York, NY 10007, in Courtroom 14D. A copy

of this notice is simultaneously being mailed to Defendant at the address listed on his request.

          SO ORDERED.

Dated:    February 19, 2020
          New York, New York

                               ALVIN K. HELLERSTEIN
                               United States District Judge